UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDEZ, | Case No. SA CV 07-223-DDP (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| V.M. ALMAGER, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: FEB 1 2 2009 .

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\MENDEZ, M 223\Judgment.wpd